**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANITA E PATTERSON,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC, et al.<br><br>　　　　　Defendant(s). | Case No.   CV-11-2935-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION AND FOR<br>FAILURE TO COMPLY WITH THIS<br>COURT'S ORDER RE: NOTICE TO<br>COUNSEL** |

　　Plaintiff/Parties were ordered to show cause in writing by not later than **January 20, 2016** why this action should not be dismissed for failure to submit a Joint Report of Early Meeting as ordered in this Court's Order Re: Notice to Counsel;

　　WHEREAS, this period has elapsed without any action by plaintiff/parties.

　　The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: January 21, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE